KATHRYN KENEALLY
Assistant Attorney General

QUINN P. HARRINGTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6507 (v)
202-307-0054 (f)
Quinn.P.Harrington@usdoj.gov

Of Counsel:
JENNY A. DURKAN
United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

STATE FARM FIRE & CASUALTY COMPANY,  )
                                     )   Case No. 13-6065
                                     )
          Plaintiff,                 )
                                     )
                                     )   United States of America's
     v.                              )   NOTICE OF REMOVAL
                                     )
BRAD JANGARD,                        )
THE INTERNAL REVENUE SERVICE,        )
THE CITY OF PUYALLUP,                )
NORTHWEST TRUSTEE SERVICES, INC.,    )
GMAC MORTGAGE, LLC,                  )
BANK OF AMERICA, N.A.,               )
THE DEPARTMENT OF SOCIAL HEALTH      )
SERVICES, DIVISION OF CHILD SUPPORT  )
OCWEN LOAN SERVICING, LLC,           )
                                     )
          Defendants.                )
_____)

Notice of Removal
(Case No. 13-6065)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6507

The United States of America, by and through its undersigned counsel, hereby removes the above-captioned action to the United States District Court for the Western District of Washington, Tacoma Division, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444.  The basis for removal is as follows:

**INTRADISTRICT ASSIGNMENT (LCR 101(E))**

Because the allegations of the complaint assert that the real property at issue, upon which the insurance agreement attached, is in Pierce County, this case should be assigned in Tacoma pursuant to LCR 3(d).

**REMOVAL**

1. The United States is in receipt of a document entitled "STATE FARM'S COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF" as well as "STATE FARM'S FIRST AMENDED COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF" filed by plaintiff in the above-captioned action now proceeding in the Superior Court of the State of Washington in the County of Pierce. Pursuant to LCR 101(b), a copy of the amended complaint is attached.

2. This action is one that may be removed pursuant to 28 U.S.C. § 1442(a)(1) because it is a civil action commenced in a state court against the United States. This action may also be removed pursuant to 28 U.S.C. § 1444 because it is in the nature of an interpleader.

3. According to the Declarations of Service filed by Plaintiff, on November 20, 2013, Plaintiff mailed its complaint to the United States Attorney General by certified mail and regular mail. Further, on November 26, 2013, Plaintiff served copies of the complaint at the IRS Walk in Facility upon a Group Manager on November 26, 2013. Despite the affidavits' contention that it accomplished service upon the United States District Attorney through that

Notice of Removal
(Case No. 13-6065)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6507

service, Plaintiff has yet to serve the United States Attorney as required by Fed. R. Civ. P. 4(i)(1)(A). Although Plaintiff has not yet properly served the United States, this notice of removal is being filed within thirty (30) days of receipt of the complaint. *See* 28 U.S.C. § 1446(b).

4. This action may be removed to this Court without bond by virtue of the provisions of 28 U.S.C. § 2408 because the United States is initiating such removal.

5. A copy of this notice shall be promptly filed with the Washington Superior Court in Pierce County and served upon all known parties.

6. By filing this notice, the United States does not waive any defenses listed in Fed. R. Civ. P. 12.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General


*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6507 (v)
202-307-0054 (f)
Quinn.P.Harrington@usdoj.gov

Of Counsel:

JENNY A. DURKAN
United States Attorney

Notice of Removal
(Case No. 13-6065)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6507

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2013, I caused service of the foregoing document, along with accompanying attachment, upon the following by mailing the document by United States Postal Service to the following non-CM/ECF participants

Mark J. Dynan
Holly D. Brauchli
Dynan & Associates, P.S.
2102 N. Pearl St., Suite 400
Building D
Tacoma, W A 98406-2550
*Attorneys for Plaintiff*

Brad Jangard
1711 3rd St. ST Apt A
Puallup, WA 98372

Brad Jangard
1711 3rd Ave NW
Puyallup, WA 98371

Brad Jangard
4827 S. J. St.
Tacoma, WA 98408

City Attorney for City of Puyallup
333 S. Meridian
Puyallup, WA 98371

Charles E. Katz
Northwest Trustee Services, Inc.
13555 SE 36th St, Suite 100
Bellevue, Washington 98006
Telephone ( 425) 586-1940
Facsimile (425) 440-6032

GMAC Mortgage LLC
c/o Corporation Service Company
300 Deschutes Wy SW Suite 304
Tumwater, WA 98501

Christopher G. Varallo
Steven J. Dixson
Witherspoon Kelley
422 W. Riverside Avenue, Suite 1100
Spokane, W A 99201
*Attorney for Bank of America*

Department of Social Health Services
c/o Attorney General of Washington
1250 Pacific Ave, Suite 105
Tacoma, WA 98402

OCWEN Loan Servicing, LLC
c/o Corporation Service Company
300 Deschutes WY SW, Suite 304
Tumwater, WA 98501

*/s/ Quinn P Harrington*
QUINN P HARRINGTON
Trial Attorney
United States Department of Justice, Tax Division

Notice of Removal
(Case No. 13-6065)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6507