UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>BRAD JANGARD, THE INTERNAL REVENUE SERVICE, THE CITY OF PUYALLUP, NORTHWEST TRUSTEE SERVICES, INC., GMAC MORTGAGE, LLC, BANK OF AMERICA, N.A., THE DEPARTMENT OF SOCIAL SERVICES, DIVISION OF CHILD SUPPORT AND OCWEN LOAN SERVICING, LLC,<br><br>      Defendants. | NO: CV13-6065BHS<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT FUNDS AND FOR ATTORNEY'S FEES AND COSTS |

THIS MATTER having come before the Court upon State Farm Fire & Casualty Company's Motion for Leave to Deposit Funds and For Attorney's Fees and Costs, the Court having reviewed the motion (Dkt. 25), the opposition by the Internal Revenue Service (Dkt. 31), and the records and files herein, now, therefore, IT IS HEREBY

**ORDERED** that leave is **GRANTED** for State Farm Fire & Casualty Company to deposit with the Clerk of the Court a check in the amount of $132,223.35 plus applicable interest.  The Clerk shall deposit the amount of the proceeds due into an interest-bearing account as provided by Fed. R. Civ. P. 67 and 28 U.S.C. §2041 and provide a receipt to counsel for plaintiff-in-interpleader State Farm Fire & Casualty Company; and it is further

**ORDERED** that State Farm Fire & Casualty Company request for attorney's fees and costs is **DENIED without prejudice**.

DATED this 25th day of March, 2014

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2