UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BRAD JANGARD, THE INTERNAL REVENUE SERVICE, THE CITY OF PUYALLUP, NORTHWEST TRUSTEE SERVICES, INC., GMAC MORTGAGE, LLC, BANK OF AMERICA, N.A., THE DEPARTMENT OF SOCIAL HEALTH SERVICES, DIVISION OF CHILD SUPPORT, OCWEN LOAN SERVICING, LLC,<br><br>Defendants | Case No.: 3:13-cv-06065<br><br>ORDER GRANTING STIPULATED MOTION FOR DISBURSEMENT OF FUNDS |

This matter is before the Court upon Plaintiff State Farm Fire and Casualty Company and Defendants Brad Jangard, Internal Revenue Service, GMAC Mortgage, LLC and Ocwen Loan Servicing, LLC's Stipulated Motion for Disbursement of Funds. The Court having considered the Complaint, the Stipulated Motion for Disbursement of Funds, and the files and records herein; now, therefore:

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR DISBURSEMENT
OF FUNDS
Case No. 13-CV-06065
Page 1

HOUSER & ALLISON, APC
1601 5th Ave, Suite 850
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 896-7839

1  IT IS ORDERED, ADJUDGED, AND DECREED that Clerk of the Court is

2  authorized and directed to draw two separate checks on the funds deposited in the registry

3  as follows:

4  The Clerk of the Court is hereby authorized and directed to draw a check on the

5  funds deposited in the registry of this court in the principal amount of (**$70,236.82**)

6  without any accrued interest, payable to Ocwen Loan Servicing, LLC and mail or deliver

7  the check to:

8
   Houser & Allison, APC
9  c/o Sakae Sakai
   1601 Fifth Avenue, Suite 850
10 Seattle, WA 98101

11  The Clerk of the Court is hereby authorized and directed to draw a second check

12 on the funds deposited in the registry of this court for the remaining principal amount of

13 (**$61,986.53**), plus all accrued interest, minus any statutory users fees, payable to United

14 States Internal Revenue Service with the check containing a notation of "State Farm v.

15 Jangard, Case No. 3:13-cv-06065" and to be sent by US Mail to:

16
   Tax FLU
17 Office of Review
   c/o William Thompson
18 P.O. Box 310
   Ben Franklin Station
19 Washington, DC 20044-0310

20

21 ///

22 ///

23 ///

24

25

[PROPOSED] ORDER GRANTING                          HOUSER & ALLISON, APC
STIPULATED MOTION FOR DISBURSEMENT                 1601 5th Ave, Suite 850
OF FUNDS                                           Seattle, WA 98101
Case No. 13-CV-06065                               PH: (206) 596-7838
Page 2                                             FAX: (206) 896-7839

1. DATED this ___ day of June, 2014.

   _____
   The Honorable Benjamin H. Settle

Presented by:

**HOUSER & ALLISON, APC**

/s/ Sakae S. Sakai
Sakae S. Sakai, WSBA No. 44802

/s/ Robert W. Norman, Jr.
Robert W. Norman, Jr., WSBA No. 37094
Houser & Allison, APC
1601 5th Ave, Suite 850
Seattle, WA 98101
(206) 596-7838
ssakai@houser-law.com
Attorneys for Defendants Ocwen Loan Servicing, LLC and GMAC Mortgage, LLC

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISBURSEMENT OF FUNDS
Case No. 13-CV-06065
Page 3

HOUSER & ALLISON, APC
1601 5th Ave, Suite 850
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 896-7839